Matthew D. Pearson, Bar No. 294302
mpearson@bakerlaw.com
**BAKER & HOSTETLER LLP**
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Telephone:  (714) 966-8892
Fax:           (714) 754-6611

*Attorneys for Defendant*
TIMIOS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON SCHELLHORN, RODNEY ALLEN, and TEDDA ALLEN, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>TIMIOS, INC.,<br><br>　　Defendant. | Case No.: 2:21-cv-08661-VAP-JC<br><br>**NOTICE OF RELATED CASE**<br><br>Complaint Filed:   November 3, 2021 |

**TO THE COURT, AND TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

Defendant Timios, Inc. ("Timios") hereby gives notice of one other action currently pending in the Central District of California pursuant to L.R. 83-1.3.

## I.    NOTICE OF RELATED CASE

Pursuant to L.R. 83-1.3, Timios gives notice of one case currently pending in the Central District of California that may (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges in this district:

> *Waters, et al. v. Timios, Inc.*, Case No. 2:21-cv-08709-VAP-JC ("*Waters* Action"), currently pending before this Court. A true and correct copy of the Complaint in the *Waters* Action is attached hereto as Exhibit A.

### A.    THE *WATERS* ACTION

On November 4, 2021, Plaintiffs Lauren Waters, Jeff Harrington and David Thompson ("*Waters* Plaintiffs") filed a putative class action complaint alleging that Defendant failed to properly secure and safeguard their personally identifiable information, including the following: name, social security number, driver's license or state issued identification number, passport number, tax identification number, military identification number, financial account number, payment card number, and date of birth. [Exhibit A at ¶ 1.]

In their complaint, they allege four claims against Timios, as follows:

1)  Negligence
2)  Negligence Per Se
3)  Breach of Implied Contract; and
4)  Unjust enrichment

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
COSTA MESA

[*See Id*. at 20-29.]

As set forth in their Complaint, the *Waters* Plaintiffs purport to represent a nationwide class as follows:

> "All persons who reside in the United States whose personal data was compromised as a result of the Data Breach that occurred on Defendant's systems from July 19-25, 2021."

[*See Id.* at ¶ 64.]

Similarly, Schellhorn also purports to represent a nationwide class as follows:

> "All persons residing in the United States whose [personal identifiable information] was compromised in the data breach first announced by Timios on or about October 8, 2021."

[*See* Dkt. 1, at ¶ 123.]

### B. THE *WATERS* ACTION IS A RELATED CASE

This action and the Waters action are related under Local Rule 83-1.3 because they both (a) arise from a closely related event or conduct; (b) call for the determination of the same or similar questions of law and fact; or (c) would entail substantial duplication if heard by different judges.

First, the putative classes (and subclass) at issue in this action overlap with the putative classes that the plaintiffs in the *Waters* Action seek to represent. The *Waters* Plaintiffs purport to bring their putative class action negligence claims on behalf of a nationwide class. Likewise, here, the *Schellhorn* plaintiffs purport to bring their putative class action negligence claims on behalf of a nationwide class, or in the alternative a Nebraska or Illinois subclass.

Second, the putative class action claims in this action overlap with the putative class action claims being asserted in the *Waters* Action inasmuch as both actions involve claims for negligence, breach of implied contract, and unjust enrichment.

Accordingly, the *Waters* Action stems from the same or closely related event or conduct as those alleged in this lawsuit and potentially call for determination of the same or substantially related or similar questions of law and fact. Given the substantially similar nature of these cases, each involving overlapping parties and substantially similar or identical questions of law and fact, the assignment of these actions to different judges may result in unduly burdensome duplication of labor and expense or the possibility of conflicting results.

DATED: November 30, 2021

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Matthew D. Pearson*
    Matthew D. Pearson

*Attorneys for Defendant*
TIMIOS, INC.