1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYRON SCHELLHORN, RODNEY ALLEN, and TEDDA ALLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIMIOS, INC.,<br><br>Defendant. | Case No.: 2:21-cv-08661-VAP-JC<br><br>**ORDER GRANTING STIPULATION (1) TO SET DEADLINE TO FILE AMENDED CLASS ACTION COMPLAINT, (2) TO SET DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL, AND (3) TO VACATE ALL OTHER CASE DEADLINES**<br><br>Complaint Filed:     November 3, 2021 |

The Court, having read and considered Defendant Timios, Inc.'s and Plaintiffs Myron Schellhorn's, Rodney Allen's, and Tedda Allen's (collectively, "Plaintiffs" and, together with Timios, the "Parties") Stipulation to (1) set March 1, 2022 as Plaintiffs' deadline to file an Amended Class Action Complaint; (2) set March 31, 2022 as Plaintiffs' deadline to file their Motion for Preliminary Approval of Class Action Settlement; and (3) vacate all other case deadlines. ("Stipulation"), and finding good cause therefor, **HEREBY ORDERS** that:

1. The Stipulation is **GRANTED;**
2. Plaintiffs' deadline to file an Amended Class Action Complaint is March 1, 2022;
3. Plaintiffs' deadline to file their Motion for Preliminary Approval of Class Action Settlement is March 31, 2022; and
4. All other case deadlines are vacated.

**IT IS SO ORDERED.**

Dated: February 23, 2022

_____
Hon. Virginia A. Phillips
United States District Court Judge