M. Anderson Berry (SBN 262879)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916)777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

*Attorney for Plaintiffs and the Proposed Classes*

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON SCHELLHORN, RODNEY ALLEN, TEDDA ALLEN, LAUREN WATERS, JEFF HARRINGTON, AND DAVID THOMPSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiffs,<br><br>vs.<br><br>TIMIOS, INC.,<br><br>Defendant. | Case No.: 2:21-cv-08661-VAP-JC<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: May 2, 2022<br>Time: 2:00 PM<br>Courtroom: 6A<br>Judge: Hon. Virginia A. Phillips |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 2, 2022, at 2:00 PM, or as soon thereafter as counsel may be heard, before the Honorable Virginia A. Phillips, at First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565, Plaintiffs will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

1    Plaintiffs base their Motion for Preliminary Approval of Class Action
2 Settlement on: this Notice; the Memorandum of Points and Authorities filed in
3 support thereof; the Settlement Agreement and Release ("Settlement Agreement");
4 the Declaration of M. Anderson Berry in Support of Plaintiffs' Unopposed Motion
5 for Preliminary Approval of Class Action Settlement ("Decl."); all other records
6 and papers on file in this action; any oral argument on the Motion; and all other
7 matters properly before the Court.

8    Plaintiffs seek an order pursuant to Federal Rule of Civil Procedure 23(b)(3)
9 certifying the Settlement Class more fully described in the Settlement Agreement,
10 attached to the Declaration as Exhibit A; preliminarily approving the Settlement as
11 fair, reasonable, and adequate; directing notice to be disseminated to the Settlement
12 Class in the form and manner proposed by the parties as set forth in the Settlement
13 Agreement and attached to the Motion for Preliminary Approval as exhibits 2,3,5
14 and 6 thereto; appointing Kroll Settlement Administration to serve as the
15 Settlement Administrator; appointing Plaintiffs as Class Representatives and the
16 undersigned attorneys as Class Counsel; and setting a hearing date and schedule
17 for final approval of the Settlement and consideration of Class Counsel's
18 forthcoming motion for an award of fees, costs, expenses, and service awards.

19    This Motion is made following the conference of counsel pursuant to L.R.
20 7-3 which took place on November 16, 2021, and at numerous times and on
21 numerous dates thereafter.

Date: March 31, 2022                Respectfully Submitted,

                                    */s/ M. Anderson Berry*
                                    M. ANDERSON BERRY (SBN 262879)
                                    **CLAYEO C. ARNOLD,**
                                    **A PROFESSIONAL LAW CORP.**
                                    865 Howe Avenue
                                    Sacramento, CA 95825
                                    Tel: (916) 239-4778
                                    aberry@justice4you.com

2

*Attorney for Plaintiffs and the Proposed Classes*