M. Anderson Berry (SBN 262879)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916)777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

*Attorneys for Plaintiffs and the Proposed Classes*

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON SCHELLHORN, RODNEY ALLEN, TEDDA ALLEN, LAUREN WATERS, JEFF HARRINGTON, AND DAVID THOMPSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiffs,<br><br>vs.<br><br>TIMIOS, INC.,<br><br>Defendant. | Case No.: 2:21-cv-08661-VAP-JC<br><br>**[PROPOSED] ORDER FOR LEAVE TO FILE DOCKET 20 AND 20.1 UNDER SEAL PURSUANT TO C.D. CAL. CIV. LOCAL RULE 79-5.2.2**<br><br>**JUDGE:** HON. VIRGINIA A. PHILLIPS |

The Parties have filed with the Court a Joint Application for Leave to File Document Nos. 20 and 20.1 Under Seal, with the accompanying Declaration. As set forth in the Parties Joint Application for Leave to File Under Seal Pursuant to C.D. Cal. Civ. Local Rule 79-5.2.2, the Parties have lodged the following documents with this Court:

1. Joint Application for Leave to File Docket No. 20 and 20.1 Under Seal Pursuant to C.D. Cal. Civ. Local Rule 79-5.2.2.

2. Declaration of M. Anderson Berry in Support of the Parties' Joint Application for Leave to File Docket No. 20 and 20.1 Under Seal Pursuant to C.D. Cal. Civ. Local Rule 79-5.2.2.

This application is made on the basis that the documents found at Docket No. 20 and 20.1 were filed in support of the parties Application for Leave to File Under Seal Pursuant (ECF No. 19) to C.D. Cal. Civ. Local Rule 79-5.2.2 and represents highly confidential trade secrets and security protocols of Defendant, the public disclosure of such would cause harm to Defendant, Plaintiffs, and Class Members. This request is narrowly tailored to seal only that material for which good cause to seal has been established.

Accordingly, IT IS HEREBY ORDERED AS FOLLOWS:

The following documents are hereby ordered sealed:

1. Docket No. 20: Declaration of M. Anderson Berry in Support of the Parties' Joint Application for Leave to File Exhibit 1 to Plaintiffs' Unopposed Motion for Preliminary Approval of the Class Action Settlement Under Seal.

2. Docket No. 20.1: Unredacted Copy of Exhibit 1 to Plaintiff's Unopposed Motion for Preliminary Approval of the Class Action Settlement, submitted in support of the Parties' Joint Application for Leave to File Exhibit 1 to Plaintiffs' Unopposed Motion for Preliminary Approval of the Class Action Settlement Under Seal (ECF. No. 19).

3. This Order may be subject to reconsideration, in whole or in part, at any time, if on the application of any party or other interested person it is shown that the interest of the public in access to the above information outweighs the need to seal the above documents.

4. All parties who ask the Court to place critical parts of this file under seal should understand that doing so hampers this court's ability to review all relevant parts of the file in ruling on the pending motions, and may also affect the ability of the Court of Appeals to review on appeal any decision of this Court.

1
2   Date:_____          _____
3                                    Virginia A. Phillips
4                                    United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28