M. Anderson Berry (SBN 262879)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916)777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com

*Attorney for Plaintiffs and the Proposed Classes*

# THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON SCHELLHORN, RODNEY ALLEN TEDDA ALLEN, LAUREN WATERS, JEFF HARRINGTON, and DAVID THOMPSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>TIMIOS, INC.,<br><br>    Defendants. | Case No. 2:21-cv-08661-VAP-JC<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:       October 17, 2022<br>Time:       2:00 p.m.<br>Courtroom: 6A<br>Judge:      Hon. Virginia A. Phillips |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 17, 2022, at 2:00 p.m., or as soon thereafter as counsel may be heard, before the Honorable Virginia A. Phillips, at First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565, Plaintiffs will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

Plaintiffs base their Motion for Final Approval of Class Action Settlement on this Notice; the Memorandum of Points and Authorities filed in support thereof; the Settlement Agreement (ECF No. 23-1); the Declaration of Paul Ferruzzi of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement ("Ferruzzi Decl."); the Declaration of M. Anderson Berry in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Berry Decl.") (ECF No. 23); all other records and papers on file in this action; any oral argument on the Motion; and all other matters properly before the Court.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 16, 2021, and at numerous times and on numerous dates thereafter.

Date: September 16, 2022

Respectfully Submitted,

*/s/M. Anderson Berry*
M. ANDERSON BERRY (SBN 262879)
**CLAYEO C. ARNOLD,
A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Tel: (916) 239-4778
aberry@justice4you.com

*Attorney for Plaintiffs and the Proposed Classes*