**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Myron Schellhorn et al., | Case No. 2:21-cv-08661-VAP-(JCX) |
| Plaintiffs, | <u>CLASS ACTION</u> |
| v. | **DECLARATION OF PAUL FERRUZZI OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT** |
| Timios, Inc., | |
| Defendant. | Date:    October 17, 2022 |
| | Time:    2:00 p.m. |
| | The Hon. Virginia A. Phillips |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Paul Ferruzzi, declare as follows:

1.      I am a Senior Manager of Kroll Settlement Administration LLC ("Kroll"),[1] the Claims Administrator appointed in the above-captioned case, whose principal office is located at 2000 Market Street, Suite 2700, Philadelphia, Pennsylvania 19103.  I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself.  The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision.  This declaration is being filed in connection with final approval.

2.      Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, securities fraud, labor and employment, consumer, and government enforcement matters.  Kroll has provided notification and/or claims administration services in more than 3,000 cases.

3.      Kroll was appointed as the Claims Administrator to provide notification and administration services in connection with a settlement agreement (the "Settlement Agreement") entered into in connection with the above-captioned case, referred to herein as the "Settlement".  Kroll's duties in connection with the Settlement have and will include: (a) preparing and sending notices in connection with the Class Action Fairness Act; (b) receiving and analyzing the Settlement Class Member contact list (the "Class List") from defense counsel; (c) creating a Settlement Website with online claim filing capabilities; (d) establishing a toll-free number; (e) establishing a post office box for the receipt of mail; (f) preparing and sending the Short Notice via First Class Mail; (g) preparing and sending the Short Notice to Settlement Class Members via email; (h) receiving and processing mail from the United States Postal Service ("USPS") with forwarding addresses; (i) receiving and processing undeliverable mail, without a forwarding address, from the USPS; (j) receiving and processing Claim Forms; (k) receiving and processing opt outs; and (l) such other tasks as counsel for the Settling Parties or the Court request Kroll perform.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

4.      As noted above, on behalf of the Defendant, Kroll provided notice of the proposed settlement reflected in the Settlement Agreement pursuant to the Class Action Fairness Act 28 U.S.C. §1715(b) ("the CAFA Notice").  At Defense Counsel's direction, on July 8, 2022, Kroll sent the CAFA Notice, attached hereto as **Exhibit A**, via First-Class Certified Mail, to (i) the Attorney General of the United States and (ii) 56 state Attorneys General identified in the service list for the CAFA Notice, attached hereto as **Exhibit B**. The CAFA Notice directed the Attorneys General to the website www.CAFANotice.com, a site that contains all the Settlement documents referenced in the CAFA Notice.

5.      On April 4, 2022, Kroll received two data file(s) from the Defendant.  One file contained 48,388 records with the company ID, closing number, sub name, loan number, closing code, product name, borrower(s) name, borrower(s) address, and borrower(s) email addresses. The second file contained 74,760 records with names, mailing addresses, letter version, and credit monitoring status. Kroll undertook several steps to reconcile the two lists and compile the eventual Class List for the email and mailing of the Short Notices, including reviewing the Class List for duplications and incorrect mailing addresses. As a result of this process, Kroll was able to identify 74,728 unique records. Of the 74,728 unique records, 36,386 contained email addresses, which would be used for service via email of the Short Notice, and the remaining 38,342 records without an email address would be served with the Short Notice via First Class Mail, as discussed more fully below. Additionally, in an effort to ensure the best notice practicable, Kroll ran the class list through the USPS' National Change of Address ("NCOA") database and updated the Class List with address changes received from the NCOA.

6.      On May 11, 2022, Kroll created and is currently hosting a dedicated Settlement Website entitled www.timiossettlement.com. The Settlement Website went live on June 9, 2022 and contains details of the Settlement, frequently asked questions, all related court documents, copies of the notices, and allowed Settlement Class Members an opportunity to file a Claim Form online.

7.      On May 18, 2022, Kroll established a toll-free number, (833) 620-3584, for Class Members to call and obtain additional information regarding the Settlement through an Interactive Voice Response ("IVR") system. As of September 15, 2022, the IVR has received 224 calls.

8.      On May 4, 2022, Kroll designated a post office box with the mailing address *Schellhorn et al. v. Timios*, Inc, c/o Kroll Settlement Administration, PO Box 225391, New York, NY 10150-5391 in order to receive requests for Claim Forms, exclusion, objections, and correspondence from Class Members.

9.      On June 9, 2022, Kroll caused 38,342 Short Notices to be mailed via First Class Mail to the Settlement Class Members for whom no email address had been provided. A true and correct copy of the Short Notice, along with the Long Notice and Claim Form are attached hereto as **Exhibits C, D, and E respectively**.

10.     On June 9, 2022, Kroll caused the email of the Short Notice to be sent to the 36,386 email addresses on file for Settlement Class Members as noted above. A true and correct copy of a complete exemplar email Short Notice (including the subject line) is attached hereto as **Exhibit F.** Of the 36,368 emails attempted for delivery, 969 emails were rejected/bounced back as undeliverable.

11.     On June 24, 2022, Kroll mailed a postcard Short Notice to the 969 Settlement Class Members whose emails were rejected/bounced back as undeliverable at their respective addresses on record.

12.     As of September 15, 2022, 182 mailed notices were returned by the USPS with a forwarding address. The 182 notices were automatically re-mailed to the updated addresses provided by the USPS.

13.     As of September 15, 2022, 1,101 mailed notices were returned by the USPS as undeliverable as addressed, without a forwarding address. Kroll ran 1,099 undeliverable records through an advanced address search.[2] The advanced address search produced 818 updated

---

[2] The remaining 2 undeliverable notices were received after the initial advanced address search was run and without sufficient time to allow for remailing prior to the Claims Deadline. Therefore, an advanced address search has not and will not be performed with respect thereto.

1    addresses. Kroll has re-mailed postcard notices to the 818 updated addresses obtained from the

2    advance address search.

3        14.    The last day to submit opt-outs and objections was August 8, 2022. The last day to

4    submit Claim Forms was September 7, 2022. As of September 15, 2022, Kroll has received 147

5    Claim Forms through the mail and 638 Claim Forms filed electronically through the Settlement

6    Website. Additionally, Kroll has received 5 late Claim Forms through the mail. Kroll is still in the

7    process of reviewing and validating Claim Forms. To prevent Claim Forms from being filed by

8    individuals outside the Settlement Class and to curtail fraud, Settlement Class Members were

9    provided a unique "Class Member ID" on their respective notices. The Class Member ID is required

10   for Settlement Class Members to file a Claim Form online.

11       15.    Upon review of the Claim Forms, in accordance with section 2.5.2 of the Settlement

12   Agreement, Kroll will be sending deficiency letters to claimants whose claims were initially

13   deficient, and any claimant who receives such a deficiency notice will have 30 days from receipt

14   thereof to cure any deficiencies. As of September 15, 2022, Kroll has mailed nine (9) deficiency

15   letters to Settlement Class Members to cure any defects on their claim submission(s).

16       16.    As of September 15, 2022, Kroll has received three (3) timely exclusion requests

17   and no objections to the Settlement. A list of the exclusions is attached hereto as **Exhibit G**.

18       17.    As of September, 15, 2022, Kroll will have billed $25,000 for services and fees

19   incurred in the administration of this matter. A true and correct copy of the invoice generated to

20   date is attached hereto as **Exhibit H.** Kroll estimates that it will bill approximately an additional

21   $62,000 to complete the administration of this Settlement.

22       I declare under penalty of perjury under the laws of the United States that the above is true

23   and correct to the best of my knowledge and that this Declaration was executed on September 15,

24   2022, in Philadelphia, PA.

25

26                                              Paul Ferruzzi

27

28

# Exhibit A



April 8, 2022

<u>VIA FIRST CLASS CERTIFIED MAIL</u>

To:      All "Appropriate" Federal and State Officials Per 28 U.S.C. § 1715
(see attached distribution list)

Re:      CAFA Notice for the Proposed Settlement in *Myron Schellhorn, Rodney Allen, and Tedda Allen v. Timios Inc.* in the Central District of California.

Ladies and Gentlemen:

Pursuant to Section 3 of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, Defendant Timios, Inc. ("Defendant" or "Timios") hereby notifies you of the proposed settlement of the above-captioned action (the "Action") currently pending in the Central District of California (the "Court").

28 U.S.C. § 1715(b) lists eight items that must be provided to you in connection with any proposed class action settlement. Each of these items is addressed below:

1.      <u>28 U.S.C. § 1715 (b)(l) - a copy of the complaint and any materials filed with the complaint and any amended complaints</u>.

The Class Action Complaint and First Amended Class Action Complaint are provided in electronic form located at https://www.cafanotice.com/ as **Exhibit A1 and A2.**

2.      <u>28 U.S.C. § 1715 (b)(2) - notice of any scheduled judicial hearing in the class action</u>.

On March 31, 2022, Plaintiff filed a motion and unopposed motion for preliminary approval of class action settlement. A Preliminary Approval Hearing has been arranged to take place on May 2, 2022, at 2:00 p.m. PT, or as soon as thereafter as counsel may be heard, by the Honorable Virginia A Phillips, at First Street Courthouse, 350 West 1st Street, Courtroom 6A, 6th Floor, Los Angeles, California 90012-4565. A copy of the Plaintiffs' Motion for Preliminary Approval of Class Action, Deceleration of M. Anderson Berry in support of Plaintiff's Unopposed Motion for Preliminary Approval and Proposed Preliminary Approval Order, Order Granting Stipulation and Order Granting Stipulation to Stay Action Pending Mediation are provided in electronic form located at https://www.cafanotice.com/ as **Exhibit B1, B2, B3, B4 and B5** respectively.

3.      <u>28 U.S.C. § 1715(b)(3) - any proposed or final notification to Class Members</u>.

A copy of the proposed Long Form Notice, Postcard Notice, Claim Form and Short Notice of the Settlement that will be provided to Class Members by first-class mail and/or email and that will be available on the website created for the administration of this matter are provided in electronic form located at https://www.cafanotice.com/ as **Exhibit C1, C2, C3 and C4** respectively. The Notices describe



among other things, claim submission and the Class Members' rights to object or exclude themselves from the Class.

4.      28 U.S.C. § 1715(b)(4) - any proposed or final class action settlement.

        The Settlement Agreement is provided in electronic form located at https://www.cafanotice.com/ as **Exhibit D**

5.      28 U.S.C. § 1715(b)(5) - any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.

        There are no other settlements or other agreements between Class Counsel and counsel for Defendants beyond what is set forth in the Agreement.

6.      28 U.S.C. § 1715(b)(6) - any final judgment or notice of dismissal.

        The Court has not yet entered a final judgment or notice of dismissal. Accordingly, no such document is presently available.

7.      28 U.S.C. § 1715(b)(7) – (A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.

        The definition of the class in the proposed Settlement Agreement means all persons to whom Timios mailed notice that between July 19, 2021, and July 25, 2021, Timios was the target of a cyberattack in which third-party criminals gained unauthorized access to Timios' network, encrypted some of Timios' systems, and may have gained unauthorized access to the personal information of consumers.  Attached as **Exhibit E** is an estimated breakdown by state for known Class Members.

8.      28 U.S.C. § 1715(b)(8) - any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).

        There has been no written judicial opinion. Accordingly, no such document is presently available.

If you have any questions about this notice, the Action, or the enclosed materials, please contact the undersigned Claims Administrator listed below.

Sincerely,

Paul Ferruzzi
Senior Manager
Paul.Ferruzzi@kroll.com

# Exhibit B



SERVICE LIST FOR CAFA NOTICE

**U.S. Attorney General**
Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**Alabama Attorney General**
Steve Marshall
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130

**Alaska Attorney General**
Treg Taylor
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

**American Samoa Attorney General**
Fainu'ulelei Falefatu Ala'ilima-Utu
Executive Office Building 3rd Floor
PO BOX 7
Utulei, AS 96799

**Arizona Attorney General**
Mark Brnovich
2005 N Central Ave
Phoenix, AZ 85004

**Arkansas Attorney General**
Leslie Rutledge
323 Center St., Suite 200
Little Rock, AR 72201

**California Attorney General**
Rob Bonta
1300 I St., Ste. 1740
Sacramento, CA 95814

**Colorado Attorney General**
Phil Weiser
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**Connecticut Attorney General**
William Tong
165 Capitol Avenue
Hartford, CT 06106

**Delaware Attorney General**
Kathy Jennings
Carvel State Office Building
820 N. French St.,
Wilmington, DE 19801

**District of Columbia Attorney General**
Karl A. Racine
400 6th St., NW
Washington, DC 20001

**Florida Attorney General**
Ashley Moody
The Capitol, PL 01
Tallahassee, FL 32399

**Georgia Attorney General**
Chris Carr
40 Capitol Square, SW
Atlanta, GA 30334

**Guam Attorney General**
Leevin T. Camacho
590 S. Marine Corps Dr, Ste 706
ITC Building Tamuning, Guam 96913

**Hawaii Attorney General**
Holly T. Shikada
425 Queen St.
Honolulu, HI 96813

**Idaho Attorney General**
Lawrence Wasden
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720

**KROLL**
SETTLEMENT
ADMINISTRATION

**Illinois Attorney General**
Kwame Raoul
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

**Indiana Attorney General**
Todd Rokita
Indiana Government Center South
5th Floor
302 West Washington Street
Indianapolis, IN 46204

**Iowa Attorney General**
Tom Miller
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

**Kansas Attorney General**
Derek Schmidt
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612

**Kentucky Attorney General**
Daniel Cameron
700 Capitol Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

**Louisiana Attorney General**
Jeff Landry
P.O. Box 94095
Baton Rouge, LA 70804

**Maine Attorney General**
Aaron Frey
State House Station 6
Augusta, ME 04333

**Maryland Attorney General**
Brian Frosh
200 St. Paul Place
Baltimore, MD 21202

**Massachusetts Attorney General**
Maura Healey
1 Ashburton Place
Boston, MA 02108

**Michigan Attorney General**
Dana Nessel
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909

**Minnesota Attorney General**
Keith Ellison
445 Minnesota Street
Suite 1400
St. Paul, MN 55101

**Mississippi Attorney General**
Lynn Fitch
Department of Justice
P.O. Box 220
Jackson, MS 39205

**Missouri Attorney General**
Eric Schmitt
Supreme Ct. Bldg.
207 W. High St.
Jefferson City, MO 65101

**Montana Attorney General**
Austin Knudsen
Justice Bldg.
215 N. Sanders
Helena, MT 59620

**Nebraska Attorney General**
Doug Peterson
State Capitol
P.O. Box 98920
Lincoln, NE 68509

**Nevada Attorney General**
Aaron D. Ford
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701

**New Hampshire Attorney General**
John Formella
33 Capitol St.
Concord, NH 03301

**New Jersey Attorney General**
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, NJ 08625

**New Mexico Attorney General**
Hector Balderas
P.O. Drawer 1508
Santa Fe, NM 87504

**New York Attorney General**
Letitia A. James
Department of Law - The Capitol, 2nd fl.
Albany, NY 12224

**North Carolina Attorney General**
Josh Stein
Dept. of Justice
P.O. Box 629
Raleigh, NC 27602

**North Dakota Attorney General**
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505

**Ohio Attorney General**
Dave Yost
State Office Tower
30 E. Broad St.
Columbus, OH 43266

**Oklahoma Attorney General**
John O'Connor
313 NE 21st Street
Oklahoma City, OK 73105

**Oregon Attorney General**
Ellen F. Rosenblum
Justice Bldg.
1162 Court St., NE
Salem, OR 97301

**Pennsylvania Attorney General**
Josh Shapiro
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Puerto Rico Attorney General**
Domingo Emanuelli Hernandez
PO Box 9020192
San Juan, PR 00902

**Rhode Island Attorney General**
Peter F. Neronha
150 S. Main St.
Providence, RI 02903

**South Carolina Attorney General**
Alan Wilson
Rembert C. Dennis Office Building
P.O. Box 11549,
Columbia, SC 29211

**KROLL**
SETTLEMENT
ADMINISTRATION

**South Dakota Attorney General**
Jason Ravnsborg
1302 East Highway 14, Suite 1
Pierre, SD 57501

**Tennessee Attorney General**
Herbert H. Slatery III
425 5th Avenue North
Nashville, TN 37243

**Texas Attorney General**
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711

**U.S. Virgin Islands Attorney General**
Denise N. George
34-38 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802

**Utah Attorney General**
Sean Reyes
PO BOX 142320
Salt Lake City, UT 84114

**Vermont Attorney General**
T.J. Donovan
109 State St.
Montpelier, VT 05609

**Virginia Attorney General**
Jason Miyares
202 North Ninth Street
Richmond, VA 23219

**Washington Attorney General**
Bob Ferguson
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504

**West Virginia Attorney General**
Patrick Morrisey
State Capitol Complex
Building 1, Room E-26
1900 Kanawha Blvd, E
Charleston, WV 25305

**Wisconsin Attorney General**
Josh Kaul
Wisconsin Department of Justice, State Capitol,
Room 114 East
P.O. Box 7857
Madison, WI 53707

**Wyoming Attorney General**
Bridget Hill
109 State Capitol
Cheyenne, WY 82002

**Northern Mariana Islands Attorney General**
Edward Manibusan
P.O. Box 10007
Administration Building
Saipan, MP  96950

Exhibit C

Schellhorn v. Timios, Inc. Settlement
c/o Kroll Claims Administrator
P.O. Box 225391
New York, NY 10150-5391

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

**Court-Ordered Legal Notice**

A Settlement Has Been Reached
in a Class Action Lawsuit Against
Timios, Inc. Claiming Personal
Information of Approximately
74,755 Individuals Was
Compromised Due to a Data
Incident

<<Barcode>>

Class Member ID: <<Refnum>>

<<FirstName>> <<LastName>>
<<BusinessName>>
<<Address>>
<<Address2>>
<<City>>, <<ST>> <<Zip>>-<<zip4>>

A settlement has been reached in a proposed class-action lawsuit involving Timios, Inc. ("Timios"), Case No.: 2.21-cv-08661. The lawsuit alleges Timios was the target of a cyberattack, between July 19, 2021 and July 25, 2021, in which third-party criminals attempted to gain unauthorized access to Timios' network and to encrypt some of its systems ("Data Incident") that potentially exposed personal information including names, Social Security numbers, passport numbers, government ID numbers, driver's license numbers, and more. Timios denies the claims and that it did anything wrong.

**Who Is Included?**
Timios notified approximately 74,728 individuals about the Data Incident in or around October 2021.  You are included in the settlement if you were mailed this notice by Timios or if Timios previously notified you by mail about the Data Incident.

**What Can I Get?**
**Expense Reimbursement:** You are eligible for reimbursement of out-of-pocket expenses, **up to $500**, incurred as a result of the Data Incident. Expenses include bank fees, card reissuance fees, late fees, over-limit fees, and more. The full list is available at **www.TimiosSettlement.com**.

**Lost Time:** You are eligible for up to three hours of lost time spent dealing with issues related to the Data Incident ($20 per hour). Lost time and expense reimbursement can be combined, **up to $500**.

**Identity-Theft Protection:** You are eligible for 18 months of free Identity-Theft Protection and other benefits called "Financial Shield" by Aura. More information is available at **www.TimiosSettlement.com**.

**Extraordinary Expense Reimbursement:** You are eligible for **up to $3,000** if you suffered monetary loss you can prove. More information is available at **www.TimiosSettlement.com**.

**Cash Payment for California Residents:** You are eligible to receive a payment of **$50** if you attest, under oath, that you were a resident of California at some time between July 19, 2021 and July 25, 2021.

**What Are My Rights?**
**File a Claim**. You must file a Valid Claim to receive monetary compensation and/or Identity-Theft Protection. All Claim Forms must be submitted postmarked by **September 7, 2022**.

**Do Nothing.** You will be legally bound by decisions of the Court and you will give up any rights to prosecute certain claims against Timios.

**Opt-Out.** You will not be legally bound by the settlement, cannot file a Claim, cannot get money, and cannot receive Identity-Theft Protection, but you will keep your right to sue for claims in this lawsuit. Opt-out requests must be submitted postmarked by **August 8, 2022**.

**Object to the Settlement.** You may write to the Court and explain why you do not like the settlement. Objections must be postmarked and/or filed by **August 8 , 2022**. Complete instructions on how to opt-out of or object to the settlement are found in the Long Notice available at **www.TimiosSettlement.com**.

**When Will the Court Approve the Settlement?**
The Court will hold a Final Approval Hearing on **October 17, 2022 at 2:00 p.m. PT**, to consider whether to approve the settlement. The Court will hear any objections, determine if the Settlement is fair, and consider Proposed Settlement Class Counsel's request for fees and expenses of up to $215,000 and service awards for the Class Representative Plaintiffs of $2,500 each. The hearing will be held either in person at First Street U.S. Courthouse, 350 W 1st Street, 6th Floor, Los Angeles, CA 90012, via Zoom, or telephonically. Instructions on how to attend the Final Approval Hearing will be available at **www.TimiosSettlement.com**. You may attend the Final Approval Hearing and ask to be heard by the Court, but you do not have to. Class Counsel's request for attorneys' fees and costs will be posted on the website after they are filed with the Court.

*This is only a summary.* For detailed information visit **www.TimiosSettlement.com**, call **1-833-620-3584** or write to the Claims Administrator at Schellhorn v. Timios, Inc. Settlement, c/o Kroll Claims Administrator, P.O. Box 225391, New York, NY 10150-5391.



Postage
Required

Shellhorn v. Timios, Inc. Settlement
c/o Kroll Claims Administrator
P.O. Box 225391
New York, NY 10150-5391

< < B a r c o d e > >
Claimant ID Number: <<Refnum>>

Address Update

If you have an address different from where this postcard was mailed to, please write your correct address and

email below and return this portion to the address provided on the other side

**DO NOT USE THIS POSTCARD TO FILE A CLAIM, AN EXCLUSION OR OBJECTION.**

Name: _____   _____   _____
     First Name                       M.I.    Last Name

Street Address: _____

Street Address: _____

City: _____   State: ____  ____   Zip Code: ____ ____ ____ ____ ____

Email Address: _____@_____ . _____

Exhibit D

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**If you were notified of a Data Incident involving Timios in 2021,
you may be eligible to benefits from a settlement.**

*A federal court ordered this notice. This is not a solicitation from a lawyer.*

- A settlement has been reached in a Class Action lawsuit against Timios, Inc ("Timios") arising out of a criminal cyberattack that occurred between July 19, 2021 and July 25, 2021 and involved third-party criminals attempting to gain unauthorized access to Timios' network and encrypt some of Timios' systems ("Data Incident").

- Plaintiffs allege that between July 19, 2021 and July 25, 2021, Timios was the target of a criminal cyberattack in which third-party criminals gained unauthorized access to Timios' network and encrypted some of its systems ("Data Incident"). Plaintiffs further allege that, as a result of the Data Incident, the criminals gained access to Plaintiffs' and "other consumers[']" personal information, including without limitation, "unredacted names, Social Security numbers, driver's license or state-issued identification numbers, passport numbers, tax identification numbers, military identification numbers, financial account numbers, payment card numbers, and/or date of birth" (collectively, "PII").

- The Settlement Class includes all residents of the United States whose information may have been affected by the Data Incident. There is a separate Settlement Class for Settlement Class Members who were California residents at the time the Data Incident occurred. You should have received an email or a letter from the Claims Administrator if you are a member of the Settlement Class. That notification included a unique Class Member ID for you to verify your identity to receive the settlement benefits described in this notice. If for some reason you have not received login information, but believe you are a Settlement Class Member, please call 1-833-620-3584 to verify your identity and receive further information on how to file a Claim.

- The settlement provides reimbursement of up to $500 for out-of-pocket expenses and documented lost time that resulted from the Data Incident for persons who file a valid Claim Form, as further described below. The Settlement also provides up to $3,000 for proven monetary Extraordinary Expenses for Class Members who have incurred Extraordinary Expenses and who submit a valid Claim Form. Additionally, the settlement provides $50 for Class Members who were California residents at the time of that Data Incident, who attest to same, and who submit a valid Claim Form.

- You must file a Claim Form to receive a payment. You can file a Claim online on this website, www.TimiosSettlement.com, download a Claim Form and mail it, or you may call 1-833-620-3584 and ask that a Claim Form be mailed to you. The claim deadline is September 7, 2022. You must use the Class Member ID you received with your notification to verify your identity as a member of the Settlement Class. If for some reason you did not receive a Class Member ID, but believe you are a Settlement Class Member, please call 1-833-620-3584 to verify your identity and receive further information on how to file a Claim.

**Your legal rights are affected even if you do nothing.**
**Read this Notice carefully.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **FILE A CLAIM** | The only way to get benefits under this settlement. You must file a Claim by **September 7, 2022** |
| **OPT-OUT OF THE SETTLEMENT** | Get no benefits.  This is the only option that may allow you to sue Timios over the claims being resolved by this settlement. You must opt-out of the settlement by **August 8, 2022** |
| **OBJECT** | Write the Court about why you do not think this settlement is fair, reasonable, or adequate. You must object by **August 8, 2022** |
| **GO TO A HEARING** | Ask to speak in Court about the fairness of the settlement. |
| **IF YOU DO NOTHING** | Get no benefits.  Give up your rights to sue Timios about the legal Claims in this case. |

- These rights and options – **and the deadlines to exercise them** – are explained in this notice.

- The Court in charge of this case still has to decide whether to grant final approval of the settlement. Payments will only be made after the Court grants final approval of the settlement and after any appeals are resolved in favor of the settlement.

**Questions? Call 1-833-620-3584 or visit www.timiossettlement.com**

## WHAT THIS NOTICE CONTAINS?

**BASIC INFORMATION** .................................................................................... **Page 4**
1.  Why was this Notice issued?
2.  What is this lawsuit about?
3.  Why is this lawsuit a class action?
4.  Why is there a settlement?

**WHO IS IN THE SETTLEMENT?** ........................................................ **Pages 4 and 5**
5.  How do I know if I am included in the settlement?
6.  What if I am not sure whether I am included in the settlement?

**THE SETTLEMENT BENEFITS** ....................................................................... **Page 5**
7.  What does the settlement provide?
8.  What payments are available?

**HOW TO GET BENEFITS** ............................................................................... **Page 7**
9.  How do I get these benefits?
10. How will claims be decided?

**REMAINING IN THE SETTLEMENT** ............................................................ **Page 7**
11. Do I need to do anything to remain in the settlement?
12. What am I giving up as part of the settlement?

**EXCLUDING YOURSELF FROM THE SETTLEMENT** ................................ **Pages 7 and 8**
13. If I exclude myself, can I get a payment from this settlement?
14. If I do not exclude myself, can I sue Timios for the same thing later?
15. How do I exclude myself from the settlement?

**THE LAWYERS REPRESENTING YOU** ........................................................ **Page 8**
16. Do I have a lawyer in this case?
17. How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENT** ..................................................... **Pages 8 and 9**
18. How do I tell the Court that I do not like the settlement?
19. What is the difference between objecting and asking to be excluded?

**THE COURT'S FAIRNESS HEARING** ........................................................... **Page 9**
20. When and where will the Court decide whether to approve the settlement?
21. Do I have to attend the hearing?
22. May I speak at the hearing?

**IF YOU DO NOTHING** .................................................................................. **Page 10**
23. What happens if I do nothing?

**GETTING MORE INFORMATION** ............................................................... **Page 10**
24. How do I get more information?

**Questions? Call 1-833-620-3584 or visit www.timiossettlement.com**

# BASIC INFORMATION

**1.      Why was this Notice issued?**

The Court authorized this notice because you have a right to know about the proposed settlement in this Class Action lawsuit and about all of your options before the Court decides whether to give "Final Approval" to the settlement. This notice explains the legal rights and options that you may exercise before the Court decides whether to approve the settlement.

Judge Virginia A. Phillips of the United States District Court for the Central District of California is overseeing this case. The case is known as *Schellhorn, et al. v. Timios, Inc.,* Case No.:2:21-cv-08661-VAP-JC. The people who sued are called the Plaintiffs. Timios, is called the Defendant.

**2.      What is this lawsuit about?**

The Plaintiffs in the lawsuit claim that Timios is responsible for the Data Incident that occurred and further allege that, as a result of the Data Incident, the criminals gained access to Plaintiffs' and "other consumers['']" personal information, including without limitation, "unredacted names, Social Security numbers, driver's license or state-issued identification numbers, passport numbers, tax identification numbers, military identification numbers, financial account numbers, payment card numbers, and/or date of birth" (collectively, "PII").  The lawsuit seeks compensation for people who had losses as a result of the Data Incident.

Timios denies all of Plaintiffs' claims and asserts that it did not do anything wrong.

**3.      Why is this lawsuit a class action?**

In a Class Action, one or more people called "Plaintiffs" sue on behalf of all people who have similar Claims. All of these people together are the "Settlement Class Members." In this case, the Plaintiffs are Myron Schellhorn, Rodney Allen, Tedda Allen, Lauren Waters, Jeff Harrington, and David Thompson. From the onset of the Litigation, and over the course of several months, the Parties engaged in settlement negotiations. As a result of these negotiation, the Parties reached a settlement, which is memorialized in the Settlement Agreement.

**4.      Why is there a Settlement?**

By agreeing to settle, both sides avoid the cost and risk of a trial, and people who submit valid Claims will get compensation. The Representative Plaintiffs and their attorneys believe the settlement is fair, reasonable, and adequate and, thus, in the best interest of the Settlement Class and its members. The settlement does not mean that Timios did anything wrong.

# WHO IS IN THE SETTLEMENT?

**5.      How do I know if I am included in the settlement?**

The Settlement Class includes all persons to whom Timios mailed notice that between July 19, 2021 and July 25, 2021, Timios was the target of a cyberattack in which third-party criminals gained unauthorized access to Timios' network, encrypted some of Timios' systems, and may have gained unauthorized access to the personal information of consumers.

Specifically excluded from the Settlement Class are: (i) Timios and its respective officers and directors; (ii) all members of the Settlement Class who timely and validly request exclusion from the Settlement Class; (iii) the Judge and Magistrate Judge assigned to evaluate the fairness of this settlement; and (iv) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the Data Incident or who pleads nolo contender to any such charge.

**Questions? Call 1-833-620-3584 or visit www.timiossettlement.com**

6.   **What if I am not sure whether I am included in the settlement?**

If you are not sure whether you are included in the settlement, or have any other questions related to the Settlement, you may:

1. Call 1-833-620-3584
2. Write to:

Schellhorn v. Timios, Inc. Settlement
c/o Kroll Settlement Administration
PO Box 225391
New York, NY 10150-5391

Please do not contact the Court with questions.

# THE SETTLEMENT BENEFITS

7.   **What does the settlement provide?**

All members of the Settlement Class who submit a valid Claim using the Claim Form are eligible for 18 months of free identity-theft protection, called "Financial Shield" by Aura.  For members of the Settlement Class who opted to receive the one year of credit monitoring initially offered by Timios, the 18 months of "Financial Shield" shall be in addition to that year.

The settlement will also provide payments to people who submit Valid Claims for expenses or time incurred as a result of the Data Incident. If for some reason you have not received unique Class Member ID information, but believe you are a Settlement Class Member, please call 1-833-620-3584 to verify your identity and receive further information on how to file a claim.

In addition to the above benefits, California Settlement Subclass Members who submit a Valid Claim will also be eligible for an additional benefit of $50 each.

8.   **What payments are available?**

Members of the Settlement Class seeking reimbursement must complete and submit a Claim Form to the Claims Administrator, postmarked or submitted online on or before **September 7, 2022.**This is the only way to get a payment or receive the free credit monitoring.

**Expense Reimbursement**. All members of the Settlement Class who submit a Valid Claim using the Claim Form are eligible for the following documented out-of-pocket expenses, not to exceed $500 per member of the Settlement Class, that were incurred as a result of the Data Incident: (i) unreimbursed bank fees; (ii) unreimbursed card reissuance fees; (iii) unreimbursed overdraft fees; (iv) unreimbursed charges related to unavailability of funds; (v) unreimbursed late fees; (vi) unreimbursed over-limit fees; (vii) long distance telephone charges; (viii) cell minutes (if charged by minute), Internet usage charges (if charged by the minute or by the amount of data usage and incurred solely as a result of the Data Incident), and text messages (if charged by the message and incurred solely as a result of the Data Incident); (ix) unreimbursed charges from banks or credit card companies; (x) interest on payday loans due to card cancellation or due to over-limit situation incurred solely as a result of the Data Incident; (xi) costs of credit report(s), credit monitoring, and/or other identity theft insurance products purchased by members of the Settlement Class between October 11, 2021 and the date of the Claims Deadline; and  (xii) other losses incurred by Settlement Class Members

**Questions? Call 1-833-620-3584 or visit www.timiossettlement.com**

5

determined by the Settlement Administrator to be fairly traceable to the Data Incident, including, but not limited to, the cost of postage and gas for local travel.  To receive reimbursement for any of the above-referenced out-of-pocket expenses, Settlement Class Members must submit (i) their name and current address; (ii) supporting documentation of such out-of-pocket expenses; and (iii) a description of the loss, if not readily apparent from the documentation.

**Lost Time**. Members of the Settlement Class are also eligible to receive up to three hours of lost time spent dealing with issues arising out of the Data Incident (calculated at the rate of $20 per hour).  Members of the Settlement Class must attest on the Claim Form to the time spent.  No documentation other than a description of their actions shall be required for members of the Settlement Class to receive compensation for attested time.  Claims made for lost time can be combined with claims made for out-of-pocket expenses and, together with the out-of-pocket expenses, are subject to the $500 cap for each member of the Settlement Class.

**Extraordinary Expense Reimbursement.** All members of the Settlement Class who have suffered a proven monetary loss and who submit a Valid Claim using the Claim Form are eligible for up to $3,000 if: (i) the loss is an actual, documented and unreimbursed monetary loss; (ii) the loss was more likely than not caused by the Data Incident; (iii) the loss occurred between July 19, 2021 and the Claims Deadline; and (iv) the loss is not already covered by one or more of the reimbursement categories listed in Expense Reimbursement; and the member of the Settlement Class made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to exhaustion of all available credit monitoring, insurance and identity theft insurance.

**Cash Payment for California Settlement Subclass Members.** All California Settlement Subclass Members who submit a Valid Claim using the Claim Form shall be eligible to receive a payment of $50 provided that the California Settlement Subclass Member attests, under oath, that he or she was a resident of the State of California at some point between July 19, 2021 and July 25, 2021.  This additional amount can be combined with a claim for reimbursement for lost time and for out-of-pocket losses under Expense reimbursement and can be combined (if applicable) with reimbursement for losses under extraordinary expense reimbursement. All claims made under this shall be subject to the $500 per-Settlement-Class-Member cap on compensation for ordinary loss and lost time.

 **Identity-Theft Protection**. All members of the Settlement Class who submit a Valid Claim using the Claim Form are eligible for 18 months of free identity-theft protection, called "Financial Shield" by Aura.  For members of the Settlement Class who opted to receive the one year of credit monitoring initially offered by Timios, the 18 months of  "Financial Shield" shall be in addition to that year. Financial Shield includes additional benefits, such as up to $1 Million Dollars of identity theft insurance and Dark Web Monitoring, among other benefits.  **You must submit a Claim Form to obtain Identity-Theft Protection**. After you submit the claim form, if the Court approves the Settlement, you will receive an email with instructions to enroll in the Aura "Financial Shield" program. For more information on "Financial Shield" services visit **www.timiossettlement.com**

**Questions? Call 1-833-620-3584 or visit www.timiossettlement.com**

6

# HOW TO GET BENEFITS

**9.      How do I get benefits?**

To get a payment from the settlement, you must complete a Claim Form. Please read the instructions carefully, fill out the Claim Form, provide reasonable documentation (where applicable), and submit it online or mail it postmarked no later than **September 7, 2022** to:

Schellhorn v. Timios, Inc. Settlement

c/o Kroll Settlement Administration

PO Box 225391

New York, NY 10150-5391

You may submit a Claim online or download a copy at www.TimiosSettlement.com, or you may request one by mail by calling 1-833-620-3584.

**10.      How will claims be decided?**

The Claims Administrator will initially decide whether the information provided on a Claim Form is complete and valid. The Claims Administrator may request additional information from any claimant. If the required information is not provided timely, the Claim will be considered invalid and will not be paid.

If the Claim is complete and the Claims Administrator denies the Claim entirely or partially, the claimant will be provided an opportunity to have their claim reviewed by an impartial claims referee selected by the parties.

# REMAINING IN THE SETTLEMENT

**11.      Do I need to do anything to remain in the settlement?**

You do not have to do anything to remain in the settlement, but if you want a payment, you must submit a Claim Form postmarked by **September 7, 2022.**

**12.      What am I giving up as part of the settlement?**

By not timely opting-out of the class, all of the Court's orders will apply to you, and you give Timios a "Release." A Release means you cannot sue or be part of any other lawsuit against Timios about the claims or issues in this lawsuit (relating to the Data Incident), and you will be bound by the settlement. The specific claims you are giving up against Timios and related persons or entities are called "Released Claims." The Released Claims are defined in Section 1.22 and described in Section 6 of the Settlement Agreement, which is available under the documents page at www.TimiosSettlement.com. The Settlement Agreement describes the Released Claims with specific and accurate legal descriptions, so read it carefully.

# EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want a payment from this settlement, but you want to keep the right to sue Timios about issues in this case, then you must take steps to get out of the Settlement Class. This is called excluding yourself from – or is sometimes referred to as "opting out" of – the Settlement Class.

**Questions? Call 1-833-620-3584 or visit www.timiossettlement.com**

**13.      If I exclude myself, can I get a payment from this settlement?**

No. If you exclude yourself, you will not be entitled to any benefits of the settlement. You will also not be bound by any judgment in this case.

**14.      If I do not exclude myself, can I sue Timios for the same thing later?**

No. Unless you exclude yourself, you give up any right to sue Timios for the Claims that this settlement resolves. You must exclude yourself from the Settlement Class to start your own lawsuit or to be part of any different lawsuit relating to the claims in this case. If you exclude yourself, do not submit a Claim Form to ask for a payment.

**15.      How do I exclude myself from the settlement?**

To exclude yourself, send a letter that says you want to be excluded from the settlement in, *Schellhorn, et al. v. Timios, Inc.,* Case No. 2:21-cv-08661-VAP-JC (C.D. Cal.) ("Exclusion Request"). Include your name, address, and signature. You must mail your Exclusion Request postmarked by August 8, 2022 to:

Schellhorn v Timios, Inc Settlement
c/o Kroll Settlement Administration
PO Box 225391
New York, NY 10150-5391

# THE LAWYERS REPRESENTING YOU

**16.      Do I have a lawyer in this case?**

Yes. The Court appointed the following lawyer as Proposed Settlement Class Counsel: M. Anderson Berry of Clayeo C. Arnold, A Professional Law Corp.

You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

**17.      How will the lawyers be paid?**

Proposed Settlement Class Counsel will seek, and Timios has agreed not to oppose, an order from the Court awarding $215,000.00 to Proposed Settlement Class Counsel for attorneys' fees, inclusive of any costs and expenses of the Litigation.  Proposed Settlement Class Counsel, in their sole discretion, shall allocate and distribute the amount of attorneys' fees, costs, and expenses awarded by the Court among Plaintiffs' Counsel.

**18.      How do I tell the Court that I do not like the settlement?**

You can object to the settlement if you do not like it or some part of it. The Court will consider your views. To do so, you must file a written objection.

Your objection must include all of the following information: (i) the objector's full name and address;  (ii) the case name and docket number - *Schellhorn, et al. v. Timios, Inc.*, Case No. 2:21-cv-08661-VAP-JC (C.D. Cal.); (iii) information identifying the objector as a Settlement Class Member, including proof that the objector is a member of the Settlement Class (e.g., copy of the objector's settlement notice, copy of original notice of the Data Incident, or a statement explaining why the objector believes he or she is a Settlement Class Member); (iv) a written statement of all grounds for the objection, accompanied by any legal support for the objection the objector believes applicable; (v) the identity of any and all counsel representing the objector in connection with the objection; (vi) a statement whether the objector and/or his or her counsel will appear at

**Questions? Call 1-833-620-3584 or visit www.timiossettlement.com**

the Final Fairness Hearing; and (vii) the objector's signature or the signature of the objector's duly authorized attorney or other duly authorized representative (if any) representing him or her in connection with the objection.

Your written notice of an objection, in the appropriate form, must be mailed, postmarked by August 8, 2022and sent to the following addresses:

| Class Counsel | Counsel for Timios |
|---|---|
| M. Anderson Berry<br>**Clayeo C Arnold, A Professional Law Corp.**<br>865 Howe Avenue<br>Sacramento, CA 95825 | Casie D. Collignon<br>**Baker & Hostetler, LLP**<br>1801 California Street Suite 4400<br>Denver, CO 80202-2662 |

**19.      What is the difference between objecting and asking to be excluded?**

Objecting is telling the Court that you do not like the settlement and why you do not think it should be approved. You can object only if you do not exclude yourself from the Settlement Class. Excluding yourself is telling the Court that you do not want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

# THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to grant final approval of the settlement.

**20.      When and where will the Court decide whether to approve the settlement?**

The Court will hold a Final Approval Hearing on October 17, 2022 at 2:00 p.m. PT to consider whether to approve the settlement. The Court will hear any objections, determine if the Settlement is fair, and consider Proposed Settlement Class Counsel's request for fees and expenses of up to $215,000 and an incentive award for the two Plaintiffs of $2,500.00. The hearing will be held either in person at First Street U.S. Courthouse, 350 W 1st Street, 6th Floor, Los Angeles, CA 90012, via zoom, or telephonically  Instructions on how to attend the Final Approval Hearing will be available at www.TimiosSettlement.com. You may attend the Final Approval Hearing and ask to be heard by the Court, but you do not have to. Attorney fees and costs will be posted on the website after they are filed with the Court.

**21.      Do I have to attend the hearing?**

No. Proposed Settlement Class Counsel will present the Settlement Agreement to the Court. You or your own lawyer are welcome to attend at your expense, but you are not required to do so. If you send an objection, you do not have to come to the Court to talk about it. As long as you filed your written objection on time with the Court and mailed it according to the instructions provided in Question 18, the Court will consider it.

**22.      May I speak at the hearing?**

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must file an objection according to the instructions in Question 18, including all the information required.

Your Objection must be either (1) mailed, with a postmark date no later than August 8, 2022,to Proposed Settlement Class Counsel, M. Anderson Berry, Clayeo C. Arnold, A Professional Law Corp., 865 Howe Avenue, Sacramento, CA 95825; and counsel for Timios, Casie D. Collignon, Baker & Hostetler, LLP, 1801 California Street, Suite 4400, Denver, Colorado 80202-2662; or (2) filed with the Court no later than August 8, 2022,through the Court's ECF system, with service on Proposed Settlement Class Counsel and Timios' counsel made through the ECF system.

**Questions? Call 1-833-620-3584 or visit www.timiossettlement.com**

**IF YOU DO NOTHING**

**23.    What happens if I do nothing?**

If you do nothing, you will get no monetary benefits from this settlement. Once the settlement is granted Final Approval and the judgment becomes final, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Timios about the legal issues in this case, ever again.

You must exclude yourself from the settlement if you want to retain the right to sue Timios for the Claims resolved by this settlement.

# GETTING MORE INFORMATION

**24.    How do I get more information?**

This Notice only provides a summary of the proposed settlement. Complete details about the settlement can be found in the Settlement Agreement available at www.TimiosSettlement.com

You may also:

1.    Write to:

> Schellhorn v Timios, Inc Settlement
> c/o Kroll Claims Administrator
> PO Box 225391
> New York, NY 10150-5391

2.    Visit the Settlement website at www.TimiosSettlement.com

3.    Call the toll-free number 1-833-620-3584.

**PLEASE DO <u>NOT</u> CALL THE COURT OR THE JUDGE WITH QUESTIONS ABOUT THE SETTLEMENT OR CLAIMS PROCESS.**

**Questions? Call 1-833-620-3584 or visit www.timiossettlement.com**

10

# Exhibit E

## TIMIOS DATA INCIDENT SETTLEMENT CLAIM FORM

## CLAIM FORM AND INSTRUCTIONS

This Claim Form should be filled out and submitted by mail if you received notice that your Personal Identifiable Information ("PII") was potentially compromised in the Data Incident involving Timios that occurred between July 19, 2021 and July 25, 2021. If you fill out this Claim Form, you may get a payment of (1) up to $500 for (i) reimbursement for documented out-of-pocket expenses and/or (ii) up to 3 hours of lost time compensable at $20 per hour; (2) up to $3,000 for reimbursement of documented monetary expenses; (3) 18 months of Identity-Theft Protection; and/or (4) up to $50 if you were a California resident at the time of the Data Incident. You may be eligible for payment from all four payment categories, and payment categories may be combined. Please refer to the Settlement Notice posted on the settlement website, www.TimiosSettlement.com, for more information on submitting a Claim Form. You may also fill out and submit a Claim Form on the settlement website by following the prompts.

### To receive any of these benefits, you must submit the Claim Form below by September 7, 2022.

**Expense Reimbursement.** All members of the Settlement Class who submit a Valid Claim using the Claim Form are eligible for the following documented out-of-pocket expenses, not to exceed $500 per member of the Settlement Class, that were incurred as a result of the Data Incident: (i) unreimbursed bank fees; (ii) unreimbursed card reissuance fees; (iii) unreimbursed overdraft fees; (iv) unreimbursed charges related to unavailability of funds; (v) unreimbursed late fees; (vi) unreimbursed over-limit fees; (vii) long distance telephone charges; (viii) cell minutes (if charged by minute), Internet usage charges (if charged by the minute or by the amount of data usage and incurred solely as a result of the Data Incident), and text messages (if charged by the message and incurred solely as a result of the Data Incident); (ix) unreimbursed charges from banks or credit card companies; (x) interest on payday loans due to card cancellation or due to over-limit situation incurred solely as a result of the Data Incident; (xi) costs of credit report(s), credit monitoring, and/or other identity theft insurance products purchased by members of the Settlement Class between October 11, 2021 and the date of the Claims Deadline; and (xii) other losses incurred by Settlement Class Members determined by the Claims Administrator to be fairly traceable to the Data Incident, including, but not limited to, the cost of postage and gas for local travel. To receive reimbursement for any of the above-referenced out-of-pocket expenses, Settlement Class Members must submit (i) their name and current address; (ii) supporting documentation of such out-of-pocket expenses; and (iii) a description of the loss, if not readily apparent from the documentation.

Members of the Settlement Class are also eligible to receive up to three hours of lost time spent dealing with issues arising out of the Data Incident (calculated at the rate of $20 per hour). Members of the Settlement Class must attest on the Claim Form to the time spent. No documentation other than a description of their actions shall be required for members of the Settlement Class to receive compensation for attested time. Claims made for lost time can be combined with claims made for out-of-pocket expenses and, together with the out-of-pocket expenses, are subject to the $500 cap for each member of the Settlement Class.

**Extraordinary Expense Reimbursement:** All members of the Settlement Class who have suffered a proven monetary loss and who submit a Valid Claim using the Claim Form are eligible for up to $3,000 if: (1) the loss is an actual, document, and unreimbursed monetary loss; (2) the loss was more likely than not caused by the Data Incident; (3) the loss occurred between July 19, 2021 and the Claims Deadline; and (4) the loss is not already covered by one or more of the reimbursement categories; and (5) the member of the Settlement Class made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to exhaustion of all available credit monitoring insurance and identity theft insurance.

Members of the Settlement Class seeking reimbursement under Expense Reimbursement and Extraordinary Expense Reimbursement must complete and submit a Claim Form to the Claims Administrator, postmarked or submitted online on or before September 7, 2022.







52711                                      CF                                      Page 1 of 6

Questions? Call 1-833-620-3584  or visit www.timiossettlement.com

**Cash Payment for California Settlement Subclass Members:**  All California Settlement Subclass Members who submit a Valid Claim using the Claim Form shall be eligible to receive a payment of $50 provided that the California Settlement Subclass Member attests, under oath, that he or she was a resident of the State of California at some point between July 19, 2021 and July 25, 2021.

This additional amount can be combined with a claim for reimbursement for lost time and for out-of-pocket losses under Expense Reimbursement and can be combined (if applicable) with reimbursement for losses under Extraordinary Expense Reimbursement.  All claims made under Cash Payment for California Settlement Subclass Members shall be subject to the $500 per-Settlement-Class-Member cap on compensation for ordinary loss and lost time.

**Identity-Theft Protection:** All members of the Settlement Class who submit a Valid Claim using the Claim Form are eligible for 18 months of free identity-theft protection, called "Financial Shield" by Aura. For members of the Settlement Class who opted to receive the one year of credit monitoring initially offered by Timios, the 18 months of "Financial Shield" shall be in addition to that year. The list of "Financial Shield" services can be found in the Settlement Agreement and include benefits such as up to $1 Million Dollars of identity theft insurance and Dark Web Monitoring, among other benefits.  **You must submit a Claim Form to obtain Identity-Theft Protection**. After you submit the claim form, if the Court approves the Settlement, you will receive an email with instructions to enroll in the Aura "Financial Shield" program.

## REQUIREMENTS FOR FILING A CLAIM FORM

Your claim will be considered only upon compliance with all of the following conditions:

1.  You must accurately complete all required portions of the attached Claim Form.

2.  You must sign this Claim Form, which includes the certification.  If you file a Claim Form electronically, your electronic signature and submission of the form shall have the same force and effect as if you signed the form in hard copy.

3.  If you are claiming Expense Reimbursement: You must submit documentation supporting your out-of-pocket expenses, specifically (i) your name and current address; (ii) supporting documentation of such out-of-pocket expenses; and (iii) a description of the loss, if not readily apparent from the documentation.  **The failure to submit such documentation may prevent you from claiming reimbursement for out-of-pocket expenses.**

4.  If you are claiming Extraordinary Expense Reimbursement: All members of the Settlement Class who have suffered a proven monetary loss and who submit a Valid Claim using the Claim Form are eligible for up to $3,000 if: (1) the loss is an actual, document, and unreimbursed monetary loss; (2) the loss was more likely than not caused by the Data Incident; (3) the loss occurred between July 19, 2021 and the Claims Deadline; and (4) the loss is not already covered by one or more of the reimbursement categories listed in; and the member of the Settlement Class made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to exhaustion of all available credit monitoring insurance and identity theft insurance. **The failure to submit such documentation may prevent you from claiming reimbursement for Extraordinary Expense Reimbursement.**

5.  If you are claiming Lost Time Reimbursement: Members of the Settlement Class are also eligible to receive up to three hours of lost time spent dealing with issues arising out of the Data Incident (calculated at the rate of $20 per hour).  Members of the Settlement Class must attest on the Claim Form to the time spent.  **No documentation other than a description of their actions shall be required for members of the Settlement Class to receive compensation for attested time.  Claims made for lost time can be combined with claims made for out-of-pocket expenses and, together with the out-of-pocket expenses, are subject to the $500 cap for each member of the Settlement Class.**


52711


CF


Page 2 of 6

Questions? Call 1-833-620-3584  or visit www.timiossettlement.com

6.  If you are claiming Cash Payment for California Settlement Subclass Members: All California Settlement Subclass Members who submit a Valid Claim using the Claim Form shall be eligible to receive a payment of $50 provided that the California Settlement Subclass Member attests, under oath, that he or she was a resident of the State of California at some point between July 19, 2021 and July 25, 2021.

7.  If you are claiming Identity-Theft Protection: All members of the Settlement Class who submit a Valid Claim using the Claim Form are eligible for 18 months of free identity-theft protection, called "Financial Shield" by Aura. For members of the Settlement Class who opted to receive the one year of credit monitoring initially offered by Timios, the 18 months of "Financial Shield" shall be in addition to that year. The list of "Financial Shield" services can be found in the Settlement Agreement and include benefits such as up to $1 Million Dollars of identity theft insurance and Dark Web Monitoring, among other benefits **You must submit a Claim Form to obtain Identity-Theft Protection.** After you submit the Claim Form, if the Court approves the Settlement, you will receive an email with instructions to enroll in the Aura "Financial Shield" program

8.  You have two ways to complete and submit a Claim Form: (A) you may mail the completed and signed Claim Form and certification by First Class U.S. Mail, postage prepaid, postmarked no later than September 7, 2022 to:

> **Schellhorn v. Timios, Inc. Settlement**
> **c/o Kroll Settlement Administration**
> **PO Box 225391**
> **New York, NY 10150-5391**

Or (B) you may complete and submit the Claim Form and certification using the settlement website, located at www.TimiosSettlement.com.  If you file an electronic claim form and have documentation supporting your Expense Reimbursement and Extraordinary Expense Reimbursement, you must include documentation with your electronic submission.

9.  Your failure to complete and submit the Claim Form using the settlement website by September 7, 2022, or by mail postmarked by September 7, 2022, will preclude you from receiving any payment in this settlement.  If you submit by mail, you are advised to use (but are not required to use) certified mail, return receipt requested so that you will have a record of the date of mailing.

Submission of this Claim Form does not assure that you will share in the payments related to the settlement in *Schellhorn, et al. v. Timios, Inc.* If the Claims Administrator determines that your Claim may be invalid, the Claims Administrator may reject your Claim subject to your right to present information to dispute the Claims Administrator's finding.  For more information on this process, see Paragraph 2.5 of the Settlement Agreement, which is available at www.TimiosSettlement.com.

**First**, please provide us your information so we may contact you.

_____    ____    _____
First Name                                                              MI        Last Name

_____
Address

_____    ___ ___    ___ ___ ___ ___ - ___ ___ ___ ___
City                                                              State             Zip                    Zip4 (optional)

_____    ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___      ___ ___ ___ ___
Country                                   Phone Number                                            Last 4 SSN

_____@_____._____
Email Address

    
52711                              CF                              Page 3 of 6

Questions? Call 1-833-620-3584  or visit www.timiossettlement.com

**Second**, please provide the Class Member ID the Claims Administrator provided to you in the letter or email notifying you of the settlement. If you do not have this information but believe you may be a class member, please contact the Claims Administrator at 1-833-620-3584.

Class Member ID: _____

**Third**, please describe your claimed damages. Three types of damages are available. First, you may recover certain out-of-pocket expenses incurred as a result of the Data Incidents. Second, you may recover money to compensate you for time you spent addressing the Data Incident(s). And third, you may receive a $50 payment if you are a member of the California Settlement Subclass. These expenses or time must have been incurred during the applicable time period, which is generally from July 19, 2021 through the end of the claim deadline. Please refer to the settlement Notice for more information.

### 1. Documented Out-of-Pocket Expenses.

You may receive reimbursement for documented out-of-pocket expenses or costs incurred as a result of the Data Incident, up to $500.  The maximum amount Timios is required to pay per Claim for out-of-pocket expenses is $500.  To do so, (1) itemize your expenses or out-of-pocket costs in the chart below; (2) sign the certification at the end of this Claim Form, attesting that all information submitted is true and correct, that you incurred these expenses as a result of the Data Incident, and that none of your claimed out-of-pocket expenses have already been reimbursed by any other source; (3) include with this Claim Form documentation supporting each claimed expense or cost; and (4) provide your address above.

Documentation is required for claimed expenses. Please be sure to include documentation to expedite the processing of your Claim.

| Date | Description | Amount |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |

Total: _____

**Documentation:** Attach supporting documentation. For example, a bank statement showing claimed fees (you may redact unrelated transactions and all but the last four digits of any account number).

### 2. Documented Out-Of-Pocket- Extraordinary Expense Reimbursement.

You may receive reimbursement for documented out-of-pocket expenses or costs incurred as a result of the Data Incident, up to $3,0000.  The maximum amount Timios is required to pay per Claim for out-of-pocket extraordinary expenses is $3,000.  To do so, (1) the loss must be an actual, documented and unreimbursed monetary loss; (2) the loss must be more likely than not caused by the Data Incident; (3) the loss must have occurred between July 19, 2021 and the Claims Deadline; and (4) the loss must not be already covered by one or more of the reimbursement categories listed in Expense reimbursement and the member of the Settlement Class must have made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to exhaustion of all available credit monitoring insurance and identity theft insurance. Include with this Claim Form documentation supporting each claimed expense or cost and provide your address above.



52711



CF



*Please provide a detailed description below or in a separate document submitted with this Claim Form.*

| Date | Description | Amount |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |

**Total:** _____

3. **Lost-Time Reimbursement.**

You may be eligible for reimbursement of up to three hours of lost time spent remedying issues related to the Data Incident (at $20 per hour) with an attestation and brief description of the actions taken to remedy issues and the time associated with each action.

Round to the nearest hour and check only one box.

How much time did you spend?    ☐ 1 Hour  ☐ 2 Hours  ☐ 3 Hours

What did you do?

_____

_____

_____

When, approximately, did this occur?

_____

_____

**Attestation**

☐ I attest under penalty of perjury that I spent the number of hours claimed above making reasonable efforts to deal with the Data Incident.

4. **Payment to California Settlement Subclass Members.**

If you reside or resided in the State of California at any time between July 19, 2021 and July 25, 2021, you are eligible to claim a $50 cash payment.

| **California Address where Data Incident Notice was received** |
|---|
|  |
|  |

**Documentation:** The Claims Administrator may require documentation to validate your Claim.

**Attestation**

☐ I attest under penalty of perjury that, at some time between July 19, 2021 and July 25, 2021, I was a resident of the State of California.



52711                                      CF

**5. Identity-Theft Protection**

If you wish to receive 18 months of free identity-theft protection, please provide your email address in the space provided above, check the box below certifying that you would like to receive Identity-Theft Protection, and return this Claim Form to the Claims Administrator, either via mail or electronically. Submitting this Claim Form will not automatically enroll you into credit monitoring. To enroll, you must follow the instructions that will be emailed to you after the settlement becomes final. For members of the Settlement Class who opted to receive the one year of credit monitoring initially offered by Timios, the 18 months of free Identity-Theft protection will be in addition to that year.

☐ I would like to receive Identity-Theft protection and have provided my email address in the space provided above.

**Last,** you must certify that the information you provided above is true and accurate. Please sign the following:

I declare under penalty of perjury under the laws of the United States that the information I supplied in this Claim Form is true and correct to the best of my recollection. I understand that I may be asked to provide supplemental information by the Claims Administrator or Claims Referee before my claim will be considered complete and valid.

Print Name: _____

Signature: _____    Date: ___ ___ / ___ ___ / ___ ___ ___ ___
                                                                                     mm/dd/yyyy


52711


CF


Page 6 of 6

Questions? Call 1-833-620-3584 or visit www.timiossettlement.com

# Exhibit F

**To:**

**From:**

**Subject:** Notice of Class Action Settlement – Schellhorn v. Timios, Inc. Settlement

_____

**Class Member ID: <<RefNum>>**


### A Settlement Has Been Reached in A Class Action Lawsuit Against Timios, Inc., Claiming Personal Information of Approximately 74,728 Individuals Was Compromised Due to a Data Incident.

A settlement has been reached in a proposed class action lawsuit involving Timios, Inc. ("Timios"), Case No.: 2:21-cv-08661. In the lawsuit, the plaintiffs allege that between July 19, 2021 and July 25, 2021, Timios was the target of a criminal cyberattack in which third-party criminals gained unauthorized access to Timios' network and encrypted some of its systems ("Data Incident"). Plaintiffs further allege that, as a result of the Data Incident, the criminals gained access to Plaintiffs' and "other consumers[']" personal information, including without limitation, "unredacted names, Social Security numbers, driver's license or state-issued identification numbers, passport numbers, tax identification numbers, military identification numbers, financial account numbers, payment card numbers, and/or date of birth" (collectively, "PII"). Timios denies the allegations and that it did anything wrong.


### Who Is Included?

Timios notified approximately 74,728 individuals of the Data Incident in October 2021.  You are included in the settlement if you were mailed this notice by Timios or if Timios previously notified you by mail about the Data Incident.


### What Can I Get?

**Expense Reimbursement**. All members of the Settlement Class who submit a Valid Claim using the Claim Form are eligible for documented out-of-pocket expenses, not to exceed $500 per member of the Settlement Class, that were incurred as a result of the Data Incident. Expenses include unreimbursed bank fees, unreimbursed card reissuance fees, unreimbursed late fees, unreimbursed overdraft fees, and more. A full list of out-of-pocket expenses is available at **www.timiossettlement.com.**To receive reimbursement, Settlement Class Members must submit a Claim Form and (i) their name and current address; (ii) supporting documentation of such out-of-pocket expenses; and (iii) a description of the loss, if not readily apparent from the documentation, no later than **September 7, 2022.**

**Lost Time**. Members of the Settlement Class are also eligible to receive up to three hours of lost time spent dealing with issues arising out of the Data Incident (calculated at the rate of $20 per hour). Members of the Settlement Class must attest on the Claim Form to the time spent.  No documentation other than a description of their actions shall be required for members of the Settlement Class to receive compensation for attested time.  Claims made for lost time can be combined with claims made

for out-of-pocket expenses and, together with the out-of-pocket expenses, are subject to the $500 cap for each member of the Settlement Class.

**Extraordinary Expense Reimbursement.** All members of the Settlement Class who have suffered a proven monetary loss and who submit a Valid Claim using the Claim Form are eligible for up to $3,000 if: (i) the loss is an actual, documented and unreimbursed monetary loss; (ii) the loss was more likely than not caused by the Data Incident; (iii) the loss occurred between July 19, 2021 and the Claims Deadline; (iv) the loss is not already covered by one or more of the reimbursement categories listed in Expense Reimbursement; and (v) the member of the Settlement Class made reasonable efforts to avoid, or seek reimbursement for, the loss, including but not limited to exhaustion of all available credit monitoring, insurance and identity theft insurance.

Members of the Settlement Class seeking reimbursement must complete and submit a Claim Form to the Claims Administrator, postmarked or submitted online on or before **September 7, 2022.**

**Cash Payment for California Settlement Subclass Members.** All California Settlement Subclass Members who submit a Valid Claim using the Claim Form are eligible to receive a payment of $50 provided that the California Settlement Subclass Member attests, under oath, that he or she was a resident of the State of California at some time between July 19, 2021 and July 25, 2021.

This additional amount can be combined with a Claim for reimbursement for lost time and for out-of-pocket losses under Expense Reimbursement and can be combined (if applicable) with reimbursement for losses under Extraordinary Expense Reimbursement. All Claims made under this shall be subject to the $500 per-Settlement-Class-Member cap on compensation for ordinary loss and lost time.

**Identity-Theft Protection.** All members of the Settlement Class who submit a Valid Claim using the Claim Form are eligible for 18 months of free identity-theft protection, called "Financial Shield" by Aura. For members of the Settlement Class who opted to receive the one year of credit monitoring initially offered by Timios, "Financial Shield" shall be in addition to that year. Financial Shield includes additional benefits, such as up to $1 Million Dollars of identity theft insurance and Dark Web Monitoring, among other benefits. **You must submit a Claim Form to obtain Identity-Theft Protection**. After you submit the claim form, if the Court approves the Settlement, you will receive an email with instructions to enroll in the Aura "Financial Shield" program. For more information on "Financial Shield" services visit www.timiossettlement.com

## What are my rights?

**File a Claim.** You must file a valid Claim in order to receive monetary compensation and/or Identity-Theft Protection. All Claim Forms must be submitted postmarked by **September 7, 2022.**

**Do Nothing**. You will be legally bound by decisions of the Court, and you will give up any rights to prosecute certain Claims against Timios.

**Opt-Out**. You will not be legally bound by the settlement, cannot file a Claim, cannot get money, and cannot receive Identity-Theft Protection, but you will keep your right to sue for claims in this lawsuit. Opt-out requests must be submitted postmarked by **August 8, 2022.**

**Object to the Settlement**. You may write to the Court and explain why you do not like the settlement. Objections must be postmarked and/or filed by **August 8, 2022.**

Complete instructions on how to opt-out of or object to the settlement are found in the long notice available at **www.timiossettlement.com.**

### When Will the Court Approve the Settlement?

The Court will hold a Final Approval Hearing on **October 17, 2022** at **2:00 p.m PT** to consider whether to approve the settlement. The Court will hear any objections, determine if the Settlement is fair, and consider Class Counsel's request for fees and expenses of up to $215,000 and a service award for the Class Representative Plaintiffs of $2,500.00 each. The hearing will be held either in person at First Street U.S. Courthouse, 350 W 1st Street, 6th Floor, Los Angeles, CA 90012, via Zoom, or telephonically. Instructions on how to attend the Final Approval Hearing will be available at **www.timiossettlement.com**. You may attend the Final Approval Hearing and ask to be heard by the Court, but you do not have to. Class Counsel's request for attorneys' fees and costs will be posted on the website after they are filed with the Court.

  **Do not call the Court or the judge with questions about the settlement or the claims process.**

*This is only a summary*. For detailed information visit **www.timiossettlement.com**or call **1-833-620-3584.** You may contact the Claims Administrator at Schellhorn v. Timios, Inc. Settlement, c/o Kroll Settlement Administration, P.O. Box 225391, New York, NY 10150-5391.

**www.timiossettlement.com      1-833-620-3584**

Exhibit G

# Exclusion List

| Class Member ID | First Name | Last Name | Address1 | City | State | Zip | Zip4 |
|---|---|---|---|---|---|---|---|
| 527111S6HXZMF | TAMAR FLORENCE | KAUFMAN MEUSEL | 272 SOLEDAD DR | MONTEREY | CA | 93940 | 4347 |
| 527111V0HRYX2 | PAULA | RUSSELL | 23230 HATTERAS ST | WOODLAND HILLS | CA | 91367 | 3118 |
| 5271137SKJPDG | CASEY BLAINE | MEUSEL | 272 SOLEDAD DR | MONTEREY | CA | 93940 | 4347 |

# Exhibit H



Mathew Pearson
Baker & Hostetler
600 Anton Blvd.
Suite 900
Costa Mesa, CA  92626
mpearson@bakerlaw.com

| | |
|---|---|
| **Total Due:** | **USD 25,000.00** |
| Invoice No: | PA00561816 |
| Sequence No: | 1173 |
| Invoice Date: | May 13, 2022 |
| Due Date: | June 13, 2022 |
| Project No: | 152711 |
| Customer No: | BAKH |
| Contact: | Paul Ferruzzi |

**PRIVILEGED & CONFIDENTIAL**

Through April 30, 2022

**RE: Schellhorn, et al. v. Timios, Inc.**

Retainer to be applied against Professional Services to be rendered                 USD 25,000.00

**Total Due:**                                                                                          **USD   25,000.00**

*Please note this invoice covers current charges only and
may not include previous unpaid invoice balances.*

**Remittance Instructions:**
Account Name:   Kroll Settlement Administration LLC
Bank Name:       Bank of America
Account No:       483065996116
ACH ABA#:        021000322
Wire ABA#:        026009593
Swift Code:        BOFAUS3N

**Billing Questions:**
T: +1 952 852 7124
E:  EliteAR@kroll.com

**Tax ID:**
82-3588071

**Important Note: Please include our invoice number and name of your organization with all
payments and send remittance advice to AR@kroll.com.**