**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CIVIL MINUTES -REOPENING/CLOSING          JS-6

Case No.  2:21-cv-08661-VAP-JCx                         Date  03/09/2023

Title:  Myron Schellhorn et al v. Timios, Inc.

Present: The Honorable  Virginia A. Phillips, U.S. Senior District Judge

| W. Hernandez | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**          **Attorneys Present for Defendants:**

Not Present                                    Not Present

========================================================================

**Proceedings:**   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated  11/09/2022  .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Order ruling on motion for final approval issued.

☐ Entered _____.



Initials of Preparer     wh

CV-74 (08/97)                    CIVIL MINUTES -REOPENING/CLOSING